AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THERESA LEE,
parent and next friend of A.L. of minor

**SUMMONS IN A CIVIL CASE**

V.

*DISTRICT OF COLUMBIA, ET AL*

MICHELLE REHEE, (Officially)
Acting Chancellor, D.C. Public School
825 North Capitol Street, NE, Suite 9026
Washington, DC 20002

CASE

Case: 1:07-cv-01893
Assigned To : Collyer, Rosemary M.
Assign. Date : 10/19/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

MICHELLE RHEE
CHANCELLOR, D.C. Public Schools
825 North Capitol Street, N.E.
# 9026
Washington, D.C. 20002

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROXANNE D. NELOMS
JAMES E. BROWN & ASSOC.
1220 L Street, N.W.
# 700
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    OCT 19 2007
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  11-1-07 |
| NAME OF SERVER (PRINT)  Clarence Hayes | TITLE  PARALEGAL |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Fran Malry
@ 825 N. Capital

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-1-07
Date

Signature of Server:  Clarence J. Hayes

Address of Server:  1220 L Street NW

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THERESA LEE,
parent and next friend of A.L. a minor

**SUMMONS IN A CIVIL CASE**

v.

District of Columbia, et al

District of Columbia
Attorney General
1350 Pennsylvania Ave., NW Suite 409
Washington, DC 20002
To Serve: Linda Singer

CASE

Case: 1:07-cv-01893
Assigned To : Collyer, Rosemary M.
Assign. Date : 10/19/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Linda Singer
D.C. Atty. General
1350 Pennsylvania Ave. N.W.
# 409
Washington, D.C. 20004

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roxanne D. Neloms
James E. Brown + Assoc.
1220 L Street, N.W. -
# 700
Washington, D.C.
20005

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                OCT 19 2007

CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11-1-07 |
| NAME OF SERVER (PRINT) Clarence Hayes | TITLE PARALEGAL |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Tabatha Braxton @ 1350 Penns. Ave #5Floor

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-1-07         *Clarence J. Hayes*
              Date            Signature of Server

1220 L. Street NW #700
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THERESA LEE,
parent and next friend of A.L. a minor

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia, ET AL
1350 Pennsylvania Ave., NW 5th Floor
Washington, DC 20002
To Serve: Adrian Fenty

CASE N1

Case: 1:07-cv-01893
Assigned To : Collyer, Rosemary M.
Assign. Date : 10/19/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

District of Columbia
Serve: Adrian Fenty
1350 Pennsylvania Ave. N.W.
5th Floor
W.D.C. 20002

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roxanne D. Neloms
James E. Brown + Assoc.
1220 L. Street, N.W.
# 700
Washington, D.C.
20005

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    OCT 19 2007
CLERK                                       DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11-1-07 |
| NAME OF SERVER *(PRINT)* Clarence Hayes | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Gale Rivers @ 441 4th St NW Ste 6

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-1-07          Clarence Hayes
             Date              Signature of Server

1220 L. Street NW
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.