UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THERESA LEE, et al.,** : | |
| Plaintiffs, : | |
| v. : | Civ. No. 07-1893 (RMC) |
| **DISTRICT OF COLUMBIA,** : | |
| Defendant. : | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

The Defendant, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby moves this Court for an enlargement of time – to December 14, 2007 – to respond to the complaint herein.

This action involves Plaintiffs' appeal of a hearing officer's determination under the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et. seq. ("IDEIA").  Currently, the Defendant is working on addressing the allegations in the Complaint and the possibility of settling the claims herein before embarking on the preparation and filing of pleadings that may not ultimately be necessary.  The Defendant respectfully requests that this Court enlarge the time to file its response to the complaint herein.

Counsel for the Plaintiffs has consented to a grant of this motion.

Respectfully submitted,

LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
AMY CASPARI [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794

November 8, 2007

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THERESA LEE, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | **Civ. No. 07-1893 (RMC)** |
| : | |
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| **Defendant.** : | |

**MEMORANDUM OF POINTS AND AUTHORITIES**

Rule 6(b)(1), Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THERESA LEE, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civ. No. 07-1893 (RMC) |
| : | |
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| **Defendant.** : | |

**ORDER**

On consideration of the Defendant's Consent Motion For Enlargement Of Time To Respond To Complaint, filed November 8, 2007, at it appearing that a grant of that motion would be just and proper, it is, this ____ day of November 2007,

ORDERED, that the Defendants' motion is granted; and it is

FURTHER ORDERED, that the time within which the Defendants may respond to the complaint herein is hereby enlarged to and including December 14, 2007.

_____
United States District Court Judge