UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THERESA LEE,** *et al.*, )<br>)<br>    **Plaintiffs,**     )<br>)<br>v.                                )<br>)<br>**DISTRICT OF COLUMBIA,**     )<br>)<br>    **Defendant.**     )<br>) | Civil Action No. 07-1893 (RMC) |

## SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), it is hereby **ORDERED** that:

1. Plaintiffs will file their Motion for Summary Judgment no later than February 8, 2008. The Defendant will file its Cross Motion for Summary Judgment and its Opposition no later than March 3, 2008. The Plaintiffs will file their Opposition and Reply no later than March 14, 2008. The Defendant will file its Reply no later than March 21, 2008. A motion for extension of time to file a motion, opposition, or reply will be denied except upon a showing of good cause. The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.

2. The Defendant will file the administrative record no later than February 1, 2008.

3. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times.

4. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and

available by request of the Court at any time, as is a settlement conference before a Magistrate Judge. If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

5. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. See Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**

Date: January 15, 2008                                    /s/
ROSEMARY M. COLLYER
United States District Judge