# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THERESA LEE,** | : |
| **parent and next friend of A.L., a minor,** | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| | : |
| **v.** | :     **Civil Action No: 07-1893(RMC)** |
| | : |
| **DISTRICT OF COLUMBIA, et al.,** | : |
| | : |
| | : |
| **Defendants.** | : |

## JOINT MOTION FOR LEAVE TO EXTEND ORDERED DEADLINES

The Parties, by counsel and pursuant to Fed. R. Civ. P. 6 (b)(1), hereby move this Court to extend its January 16, 2008 Ordered deadlines for the parties Motions for Summary Judgment. The parties are finalizing details of a settlement agreement in which they believe such motions will not be necessary. Thus, it is respectfully requested that the deadlines are extended by approximately 30 days: Plaintiff's Motion for Summary Judgment deadline is extended to March 14, 2008, Defendants' Motion and Opposition is extended to April 3, 2008, Plaintiffs' Reply is extended to April 11, 2008, and Defendants' Reply is extended to April 18, 2008.

In October 2008, Plaintiffs filed a Complaint for alleging, among other things, that the hearing officer erred when he denied the Plaintiffs access to a free and appropriate education when he failed to enforce a compensatory education plan agreed to by the Defendants. Since the filing of the Rule 16.3 (b) both parties have entered into good faith negotiations and are attempting to settle this matter before Plaintiffs' motions were due. However, both parties are awaiting correct information regarding the

location of the compensatory education services and thus are unable to complete the settlement agreement at this time.

Therefore, in order for the parties to avoid the filing of unnecessary Motions at this time and to try to settle this matter appropriately, the parties request that the extension of time to file their Motions be granted.

Respectfully submitted,


PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

/s/ *Amy Caspari*                    /s/**Roxanne D. Neloms**
AMY CASPARI [488968]                 Roxanne D. Neloms [478157]
Assistant Attorney General           Brown & Associates
441 Fourth St. NW                    1220 L St. N.W., #700
Sixth Floor South                    Washington, D.C. 20005
Washington, DC 20001                 (202) 742-2000
202-724-7794                         rneloms@jeblaw.biz
Amy.caspari@dc.gov                   *Attorney for Plaintiffs*
*Attorney for Defendants*


February 8, 2008

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THERESA LEE,** | : |
| **parent and next friend of A.L., a minor,** | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| | : |
| **v.** | :   **Civil Action No: 07-1893(RMC)** |
| | : |
| **DISTRICT OF COLUMBIA, et al.,** | : |
| | : |
| | : |
| **Defendants.** | : |

### MEMORANDUM OF POINTS AND AUTHORITIES
### IN SUPPORT OF JOINT MOTION FOR LEAVE TO EXTEND ORDERED DEADLINES

1. Rule 6(b)(1), Federal Rules of Civil Procedure.

2. Consent of the parties.

   Respectfully submitted,


   PETER J. NICKLES
   Interim Attorney General
   for the District of Columbia


   GEORGE C. VALENTINE
   Deputy Attorney General
   Civil Litigation Division


   **_/s/ Edward P. Taptich_**
   EDWARD P. TAPTICH [#012914]
   Chief, Equity Section II


| | |
|---|---|
| **/s/ Amy Caspari** | **/s/Roxanne D. Neloms** |
| AMY CASPARI [488968] | Roxanne D. Neloms [478157] |
| Assistant Attorney General | Brown & Associates |
| 441 Fourth St. NW | 1220 L St. N.W., #700 |
| Sixth Floor South | Washington, D.C. 20005 |
| Washington, DC 20001 | (202) 742-2000 |
| 202-724-7794 | rneloms@jeblaw.biz |
| **_Attorney for Defendants_** | **_Attorney for Plaintiffs_** |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **THERESA LEE,** | **:** | |
| **parent and next friend of A.L., a minor,** | **:** | |
| | **:** | |
| **Plaintiffs,** | **:** | |
| | **:** | |
| | **:** | |
| **v.** | **:** | **Civil Action No: 07-1893(RMC)** |
| | **:** | |
| **DISTRICT OF COLUMBIA, et al.,** | **:** | |
| | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## ORDER

Upon consideration of the parties February 8, 2008, JOINT MOTION FOR LEAVE TO

EXTEND ORDERED DEADLINES, it is on this _____ day of February ___, 2008, hereby

**ORDERED,** that the Plaintiffs' deadline for their Motion for Summary Judgment is extended

to March 14, 2008

**FURTHER ORDERED**, that the Defendants' deadline for their Motion and Opposition is

extended to April 3, 2008

**FURTHER ORDERED**, that the Plaintiffs' deadline for their Reply to Defendants'

Opposition is extended to April 11, 2008

**FURTHER ORDERED**, that the Defendants' deadline to Reply to Plaintiff's Opposition is

extended to April 18, 2008.


_____
United States District Court Judge