UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THERESA LEE,** parent and next friend of A.L., a minor | : : : |
| Plaintiffs | : Civil Action No:07-1893(RMC) |
| | : : : |
| v. **DISTRICT OF COLUMBIA, et al** | : : : : |
| **Defendants** | : |

**NOTICE AND STIPULATION OF DISMISSAL**

The Parties hereby stipulate to dismissal of all claims.

Respectfully submitted,

/s/  
Domiento C.R. Hill [MD14793]  
Roxanne D. Neloms [478157]  
James E. Brown & Associates, PLLC  
1220 L Street, N. W., Suite 700  
Washington, D.C. 20005  
202.742.2000  
Attorneys for Plaintiffs

/s/  
Amy Caspari [488968]  
Office of the Attorney General for the District of Columbia  
441 4th Street, N. W., 6th Floor South  
Washington, D.C. 20001  
202.442.9842  
Amy.Caspari@dc.gov  
Attorney for Defendant

1



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

OFFICE OF THE CHANCELLOR
825 North Capitol Street, NE, 9TH Floor
Washington, D.C. 20002-1994
(202) 442-5885 ~ fax: (202) 442-5026

February 21, 2008

Roxanne Neloms, Esquire
James E. Brown & Associates
1220 L Street, N.W.
Suite 700
Washington, D.C. 20005

**PROPOSED SETTLEMENT**

**Subject: Antonio Lee Settlement Agreement**
**Student: Antonio Lee**
**DOB: June 3, 1995**
**Attending School: Paul Public Charter School**
**Home School: Bruce Monroe Elementary School**

1. This letter constitutes an offer of settlement for the above-referenced matter.

2. By signing below, the parties have agreed to the following terms and conditions:

3. In lieu of pursuing Lee v. District of Columbia, Civ. No. 07-1893 (D.D.C.), the Parent's counsel (hereinafter "Parent") agrees to resolve this matter under the terms and conditions set forth herein.

4. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

5. Parent represents that the student's date of birth is June 3, 1995 and that the attending school is Paul Public Charter School, and the home school is Bruce Monroe Elementary School.

6. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEIA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

Re: [insert student name]
2/21/2008
Page 2 of 3

7. The parties agree to the following:

   a. DCPS will provide four weeks of ESY summer school for this student during the summer of 2008.

   b. In order to complete ESY summer school enrollment <u>the Parent or parent's counsel</u> must immediately send a signed copy of the Settlement Agreement to Belinda Shademoore at Paul Public Charter School. She will draw up the IEP/ESY addendum with goals and objectives for ESY summer school services.

   c. <u>The Parent</u> must send a copy of the signed Settlement Agreement to Evan Murray (telephone number (202)576-5341)) of the Office of Special Education. He specifically deals with Paul Public Charter School.

   d. <u>The Parent</u> must send the completed addendum and the signed Settlement Agreement to Patricia Young (telephone number (202-671-1099)). She is with the office of special education and coordinates all ESY summer school services and any necessary transportation.

   e. <u>The Parent</u> may contact Ms. Karen McMahon (Special Education Reform Team Specialist (telephone 202-423-0906)) if there are any questions regarding (a-d) above.

8. DCPS shall advise the Parent of all communications regarding scheduling of meetings/conferences/ conducted pursuant to this Settlement Agreement.

9. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

10. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (*e.g.*, natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever is appropriate.

11. Parent/parent's counsel agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

12. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending complaint in <u>Lee v. District of Columbia</u>, Civ. No. 07-1893 (D.D.C.) (RMC).

13. Parent/parent's counsel agrees to accept reasonable attorney fees in the amount of $1,000 dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter.

Re: [insert student name]
2/21/2008
Page 3 of 3

14. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the Parent below or written authorization by the Parent for the attorney to enter into this Settlement Agreement on the Parent's behalf.

15. Parent agrees that her complaint in Lee v. District of Columbia, Civ. No. 07-1893 (D.D.C.) will be withdrawn immediately, and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Agreed to: _____    Date: _____
Quinne Harris-Lindsey, Esquire
Supervisory Attorney Advisor

I hereby certify that I am authorized to sign this Agreement on behalf of my client, ~~Randolph~~ Antonio Lee (RVN)
~~Narcisco~~.

Agreed to: _____    Date: 2/21/08
Roxanne Neloms, Esquire
Counsel for Parent

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!+ |
| Domiento C.R. Hill | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Roxanne D. Neloms |
| Christopher L. West | Telephone: (202) 742-2000 | Omar Karram |
| | Facsimile: (202) 742-2098 | Christie Fontaine-Covington |
| --------------------------------- | e-mail: Admin@Jeblaw.biz | --------------------------------- |

! DC Bar Special Legal Consultant
+ Admitted in Bolivia

By signing below, I, _Theresa Lee_ hereby give the law firm of James E. Brown & Associates, PLLC authorization to execute any an all settlement agreements on my behalf, as it relates to the securing of a Free and Appropriate Public Education, for my child, _Antonio Lee_, DOB: _6/3/95_
This authorization is valid for two (2) years.

_4/2/07_
Date

_Theresa Lee_
Parent/Guardian's Signature